UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ROSALYN L. SMITH,  Plaintiff,

v.  Civil Action No. 3:20-cv-670-DJH-CHL

COMMISSIONER OF SOCIAL SECURITY,  Defendant.

* * * * *

## ORDER

Plaintiff Rosalyn L. Smith filed this action on September 23, 2020, but did not pay the applicable filing fee or tender the required summons to the Clerk of Court. (Docket No. 1) Smith failed to respond to the deficiency notices issued by the Clerk. (*See* D.N. 3; D.N. 4) She likewise failed to respond to the two subsequent orders issued by Magistrate Judge Colin H. Lindsay, both of which advised Smith that failure to respond could result in dismissal of the case. (D.N. 5; D.N. 6) On February 10, 2021, Judge Lindsay recommended that the case be dismissed due to Smith's repeated failure to comply with court orders. (D.N. 8) The time for objections to the magistrate judge's recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 8) is **ADOPTED** in full and **INCORPORATED** by reference herein. This matter is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and **STRICKEN** from the Court's docket.

April 6, 2021

David J. Hale, Judge
United States District Court

1